IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 24-52-BLG-SPW-1, 3 |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| TASHAUNA LEE GOSS AND ANTHONY ENEMYHUNTER, | |
| Defendants. | |

WHEREAS, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendants used or intended to be used to facilitate, or as proceeds of said violation;

AND WHEREAS, on August 12, 2024, the defendant, Anthony Enemyhunter, entered a plea of guilty to count 2 of the indictment, which charged him with possession with the intent to distribute methamphetamine;

1

AND WHEREAS, on December 12, 2024, defendant, Tashauna Lee Goss entered a plea of guilty to count 2 of the indictment, which charged her with possession with intent to distribute methamphetamine;

AND WHEREAS, by virtue of said guilty pleas, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2 of the Federal Rules of Criminal Procedure;

AND WHEREAS, on October 24, 2024 and June 9, 2025, the Court granted Preliminary Orders of Forfeiture (Docs. 97, 157) that forfeited to the United States any and all of Defendants Anthony Enemyhunter and Tashauna Lee Goss's right, title and interest in the listed property;

AND WHEREAS, on December 3, 2024 and July 16, 2025, the Declarations of Publication were filed (Docs. 118, 165) detailing that the United States published notice on an official government internet site (www.forfeiture.gov) of this forfeiture under 21 U.S.C. § 853(n)(1);

AND WHEREAS, the Court has been advised that all known interested parties were provided an opportunity to respond, that the time for doing so has expired, and that a valid timely claim was made to the CANIK55, model TP-95F Elite 9mm handgun (SN: #22BH11623), and the United States is not aware that any other claims have been made;

2

ACCORDINGLY, IT IS ORDERED as follows:

1.   The Motion for Final Order of Forfeiture (Doc. 180) is GRANTED;

2.   The following firearm shall be returned to its lawful owner, "J.V.", when no longer needed as evidence and in accordance with governing law:

- CANIK55, model TP-95F Elite 9mm handgun (SN: #22BH11623);

3.   Pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(c), final forfeiture of the following property shall enter in favor of the United States, free from the claims of any other party:

- Ruger model SR45, .45 semi-automatic pistol (SN: 380-45301);

- Glock GMBH, model 20, 10 mm pistol (SN: SYW535);

- Ruger, model EC9S, 9 mm handgun (SN: 458-72842);

- Harrington & Richardson, Premier Second model, .22 caliber revolver (SN: #480235);

- Taurus, model 83, .38 Special (SN: #609447);

- Smith and Wesson, model M & P 15 .556 rifle (SN: #76410);

- Romarm/Cugir, model GP WASR-10, .762 rifle (SN: #1975PM0026);

- Smith & Wesson, model M & P M2.0 40 caliber pistol (SN: #NCP0923); and

- Any assorted ammunition and accessories.

3

The United States shall have full and legal title to this forfeited property and may dispose of it in accordance with law.

DATED this 25th day of August, 2025.

SUSAN P. WATTERS
United States District Court Judge